# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO REYES,<br><br>Plaintiff in *Pro Per*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, OFFICE OF THE SOLICITOR,<br><br>Defendants. | Case No.: 17-CV-1571 JAH (RBB)<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS CASE WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED that the Joint Stipulation and Motion to Dismiss Case Without Prejudice is GRANTED. Case No.: 17-CV-1571 JAH (RBB) is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

DATED: June 4, 2020

_____
HON. JOHN A. HOUSTON
U.S. DISTRICT JUDGE